**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CRIMINAL CASE NO. 1:02-cr-000105-MR-DLH-3**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **MITCHELL DAVID COLLINS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion to Hold § 3582(c)(2) Motion in Abeyance" [Doc. 575].

For the reasons stated in the Defendant's Motion, the Court shall hold the Defendant's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) in abeyance until at least November 1, 2014, when Amendment 782 is due to take effect.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion [Doc. 575] is **GRANTED**, and the Defendant's Motion for Sentence Modification [Doc. 574] shall be **HELD IN ABEYANCE** until further Order of this Court.

**IT IS SO ORDERED.**

Signed: September 5, 2014

Martin Reidinger
United States District Judge